ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ALEXANDER W. SAMUELS
Assistant U.S. Attorney
Arizona State Bar No. 028926
E-mail: alexander.samuels@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7450

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-08021-PCT-DLR |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO VACATE RESTITUTION HEARING** |
| Arianna Soohafyah, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, hereby moves to vacate the restitution hearing presently set for September 8, 2017.  The family of the victim has informed undersigned counsel that they do not wish to pursue a restitution request.

Defendant's attorney, Vikki Liles, has been contacted and has no objection to this Motion.

Respectfully submitted this 25th day of August, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

 *s/ Alexander W. Samuels*
ALEXANDER W. SAMUELS
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Vikki Liles, *Counsel for the Defendant.*

 s/ Rebecca Clarke Robinaugh