| ✓ FILED | LODGED |
| --- | --- |
| RECEIVED | COPY |

NOV 18 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

Case No. CR-17-08021-001-PCT Rayes

v.

Arianna Soohafyah

Defendant

Here comes now the defendant, Arianna Soohafyah to request pro sea from the District Court under the new laws of the First Step Act 2018 Provisions; requesting a reduction of sentence for the Second Chance Act of 2007.

Defendant is currently serving her sentence at FCI Dublin and is currently without any legal representation.

Defendant respectfully submits her request and would like any other reductions applied to her sentence under the First Step Act of 2018.

Respectfully submitted,

Arianna Soohafyah – Defendant Reg No. 67753-408

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CrLRCiv LR 5.4, 7.1(a)(1)
(Rule Number/Section)

Federal Correctional Institution
Arianna Soohafyah #67753-408
5701 8th St.
Dublin, CA 94568



OAKLAND CA 945
15 NOV 2019 PM 5 L

RECEIVED
NOV 18 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

⇔67753-408⇔
Sandra Day O Connor
US Courthouse
401 W Washington ST
Room 130
Phoenix, AZ 85003
United States

85003-212430