GARY M. RESTAINO
United States Attorney
District of Arizona

AMANDA L. TESAREK
Assistant U.S. Attorney
Minnesota State Bar No. 0402598
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: amanda.tesarek@usdoj.gov
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>    Plaintiff,<br><br>vs.<br><br>Arianna Racelle Soohafyah,<br><br>    Defendant. | No. CR-17-08021-DLR<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

  NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Amanda L. Tesarek is substituted in place of Assistant United States Attorney Tracy Lyn Van Buskirk as attorney for the United States.

  Respectfully submitted this 18th day of April, 2024.

              GARY M. RESTAINO
              United States Attorney
              District of Arizona

              *s/ Amanda L. Tesarek*
              AMANDA L. TESAREK
              Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant: Alison Klare Guernsey and Vikki M Liles, *Attorneys for Defendant.*

 *s/ Stephanie Ludwig*
U.S. Attorney's Office